IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **KLAUSNER TECHNOLOGIES, INC.,**<br>Plaintiff,<br><br>vs.<br><br>**ALTIGEN COMMUNICATIONS, INC., et al.,**<br><br>Defendants. | **Case No.: 6: 11-cv-568-LED**<br>**LEAD CASE** |
| **IPVX PATENT HOLDINGS, INC.**<br>Plaintiff,<br><br>vs.<br><br>**BROADVOX, INC.; BROADVOX, LLC; BROADVOXGO!, LLC; CYPRESS COMMUNICATIONS, INC.; CYPRESS COMMUNICATIONS OPERATING COMPANY, LLC;**<br>Defendants,<br><br>And<br><br>**CYPRESS COMMUNICATIONS, LLC**<br>Defendant and Third-Party Plaintiff,<br><br>vs.<br><br>**GENBAND US LLC; MOVIUS INTERACTIVE CORPORATION; and BROADSOFT, INC.,**<br>Third-Party Defendants. | **Case No.: 6:11-cv-00575-LED** |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate

agreement, Third-Party Plaintiff Cypress Communications, LLC ("Cypress") and Third-Party

Defendant Genband US LLC ("Genband") have agreed to settle, adjust and compromise all claims in the above-captioned action. The parties, therefore, move this Court to dismiss the above-entitled cause and all claims by Cypress against Genband and all claims by Genband against Cypress made therein with prejudice to the re-filing of same.

The parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

A proposed Order accompanies this motion.

March 8, 2013                                                                                  Respectfully Submitted,


/s/ Chad C. Walters                                              /s/ George Pazuniak
Douglas M. Kubehl                                                George Pazuniak (PHV)
(Texas Bar No. 00796909)                                         Pazuniak Law Office, LLC
doug.kubehl@bakerbotts.com                                       1201 North Orange Street
Chad C. Walters                                                  7th floor, Suite 7114
(Texas Bar No. 24034730)                                         Wilmington, DE 19801-1186
chad.walters@bakerbotts.com                                      Phone: 302-478-4230
Hannah B. Murray                                                 Email: GP@del-iplaw.com
(Texas Bar No. 24079034)
hannah.murray@bakerbotts.com                                     Thomas G. Yoxall
                                                                 Texas Bar No. 00785304
BAKER BOTTS L.L.P.                                               Charles E. Phipps
2001 Ross Avenue                                                 Texas Bar No. 00794457
Dallas, Texas 75201-2980                                         LOCKE LORD LLP
Telephone: 214-953-6500                                          2200 Ross Avenue, Suite 2200
Facsimile: 214-953-6503                                          Dallas, Texas 75201
                                                                 T: (214) 740-8683
*Attorneys For Third-Party Defendant*                            F: (214) 740-8800
*GENBAND US LLC*                                                 tyoxall@lockelord.com
                                                                 cphipps@lockelord.com

                                                                 *Attorneys for Defendants Broadvox, LLC;*
                                                                 *BroadvoxGo!, LLC; Cypress Communications,*
                                                                 *Inc.; Cypress Communications, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 8th day of March, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

 */s/ George Pazuniak*
George Pazuniak (PHV)