## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| IPVX PATENT HOLDINGS, INC., *et al.* <br><br> vs. | **CASE NO. 6:11-cv-00568-LED** <br> (Lead Case for Severance and <br> Reconsolidation) |
| ALTIGEN COMMUNICATIONS, INC., *et al.* | JURY TRIAL DEMANDED |
| KLAUSNER TECHNOLOGIES, INC., <br> a New York corporation, and <br> IPVX PATENT HOLDINGS, INC., <br> a Delaware corporation, <br><br> vs. <br><br> APPLIED VOICE & SPEECH <br> TECHNOLOGIES, INC., a Delaware <br> corporation, | CASE NO. 6:12-cv-00168-LED <br> (Consolidated with Above) <br> JURY TRIAL DEMANDED |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Klausner Technologies, Inc. and IPVX Patent Holdings, Inc. ("Plaintiffs") and Defendant Applied Voice & Speech Technologies, Inc. ("AVST") respectfully move the Court to enter the attached Agreed Order of Dismissal with Prejudice.

Accordingly, the parties respectfully move the Court to order that the parties hereby agree and stipulate on the terms and conditions of the Settlement Agreement as follows:

1.  All claims in this action as between Plaintiffs and AVST are dismissed with prejudice.

2.  Each party shall bear its own respective costs and attorney's fees in connection with this case.

Approved as to form and substance on July 3, 2013.

| IPVX PATENT HOLDINGS, INC. and KLAUSNER TECHNOLOGIES, INC. | APPLIED VOICE & SPEECH TECHNOLOGIES, INC. |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Pierre R. Yanney | /s/ Cecil E. Key (with permission) |
| Sidney Calvin Capshaw, III<br>State Bar No. 03783900<br>Capshaw DeRieux, LLP<br>114 E. Commerce Ave.<br>Gladewater, Texas 75647<br>Telephone: (903)-233-4826<br>Facsimile: (903)-236-8787<br>Email:  ccapshaw@capshawlaw.com<br><br>*Of Counsel:*<br><br>Pierre R. Yanney<br>State Bar No. 033391993<br>Email: pyanney@stroock.com<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, N.Y. 10038<br>Tel: (212) 806-5400<br>Fax: (212) 806-6006 | Cecil E. Key (VA Bar No. 41018)<br>(Admitted *Pro Hac Vice*)<br>LAW OFFICES OF CECIL KEY, LLC<br>1934 Old Gallows Road, Suite 350<br>Vienna, VA 22182<br>Telephone: (703) 752-6276<br>Facsimile: (703) 752-6201<br>Email: cecil@keyiplaw.com<br><br>Melvin R. Wilcox, III<br>YARBROUGH WILCOX PLLC<br>100 E. Ferguson, Suite 1015<br>Tyler, Texas 75757<br>Telephone: (903) 595-3111<br>Facsilile: (903) 595-0191<br>Email: mrw@yw-lawfirm.com |

NY 74652416

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document this 3rd day of July, 2013, via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Pierre R. Yanney

## <u>CERTIFICATE OF CONFERENCE</u>

In compliance with Local Rule CV-7(h), I hereby certify that counsel for Plaintiffs conferred with counsel for Applied Voice & Speech Technologies, Inc. and this motion is agreed.

/s/ Pierre R. Yanney

NY 74652416