## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| IPVX PATENT HOLDINGS, INC., *et al.* | **CASE NO. 6:11-cv-00568-LED** (Lead Case for Severance and Reconsolidation) |
| vs. | |
| ALTIGEN COMMUNICATIONS, INC., *et al.* | JURY TRIAL DEMANDED |
| KLAUSNER TECHNOLOGIES, INC., a New York corporation, and IPVX PATENT HOLDINGS, INC., a Delaware corporation, | CASE NO. 6:12-cv-00168-LED (Consolidated with Above) JURY TRIAL DEMANDED |
| vs. | |
| APPLIED VOICE & SPEECH TECHNOLOGIES, INC., a Delaware corporation, | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Agreed Motion to Dismiss with Prejudice brought by Plaintiffs Klausner Technologies, Inc. and IPVX Patent Holdings, Inc. ("Plaintiffs") and Defendant Applied Voice & Speech Technologies, Inc. ("AVST"). After considering this Motion, the Court finds it is well-taken and should be approved. Accordingly, the Agreed Motion to Dismiss with Prejudice is hereby GRANTED in its entirety.

Accordingly, IT IS ORDERED that the parties hereby agree and stipulate on the terms and conditions of the Settlement Agreement as follows:

1.      All claims in this action as between Plaintiffs and AVST are dismissed with prejudice.

2.      Each party shall bear its own respective costs and attorney's fees in connection with this case.

2

**So ORDERED and SIGNED this 8th day of July, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**